# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DEON FREDERICK SMITH,<br><br>    Defendant. | CASE NO: 2:11-cr-00442-GMN-GWF<br><br>**ORDER** |

IT IS HEREBY ORDERED that that the United States Department of Parole and Probation will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant DEON FREDERICK SMITH, as to Defendant's criminal history only.

DATED this 31st day of January, 2013.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE